# Court of Appeals
# of the State of Georgia

ATLANTA,  July 27, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0535.   KIM FLORENCE v. BOOT MAN, INC. d/b/a PREMIER PARKING ENFORCEMENT.**

Kim Florence, the plaintiff in this civil action, has filed an application for discretionary review of the magistrate court's orders dismissing her complaint and denying her requests to reconsider the dismissal.[1]  We lack jurisdiction.

Generally, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991).  This Court may only address magistrate court matters that already have been reviewed by the state or superior court.  See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990); see also OCGA § 5-6-35 (a) (1), (a) (11).  Here, the only orders in the application materials were issued by the magistrate court and have not been reviewed by a state or superior court.  Accordingly, this application is hereby DISMISSED.

The defendant has filed a motion for penalty for frivolous appeal.  Florence's application is improperly filed, and we have previously dismissed an application filed by her seeking review of magistrate court orders that had not been reviewed by a state or superior court.  See Case No. A18D0504 (dismissed July 5, 2018); see also Case No. A18D0407 (Apr. 24, 2018) (dismissing application for discretionary appeal because Florence failed to include a copy of the order complained of).  However, we

---

[1] Florence filed her application in the Supreme Court, which transferred it here. See Case No. S18D1270 (transferred June 11, 2018).

decline to punish Florence, a pro se party, for seeking appellate review without warning her of the consequences of frivolous filings. Accordingly, the motion is hereby DENIED. We warn Florence that any future filings that are frivolous and without authority – including applications for review of magistrate court orders that have not been reviewed by a state or superior court – may subject her to monetary sanctions. See Court of Appeals Rule 7 (e) (2) ("The panel of the Court ruling on a case, with or without motion, may by majority vote to impose a penalty not to exceed $2,500 against any party and/or a party's counsel in any civil case in which there is a direct appeal, application for discretionary appeal, application for interlocutory appeal, or motion which is determined to be frivolous."). Information on how and when to seek appellate review can be found in our Citizen's Guide, which is on our website at www.gaappeals.us.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   07/27/2018          *
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , Clerk.